**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:20–mj–00426 |
| | § | |
| Jose Francisco Guerra | § | |

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for February 14, 2020 at 04:00 PM before United States Magistrate Judge Juan F Alanis at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Juan F. Alanis
United States Magistrate Judge

Date of order: **February 14, 2020**