UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:20-mj-00426 |
| | § | |
| Jose Francisco Guerra | § | |

**NOTICE OF APPEARANCE**

  The clerk of court and all parties of record, attorneys for Defendant Joe Francisco Guerra hereby file this notice of appearance for the above referenced case on February 14, 2020.

  Robert T. Givens
  Givens & Johnston, PLLC
  950 Echo Lane, Suite 360
  Houston, Texas 77024
  Office:  713 932 1540
  Mobile: 713 256 3038
  Email: rtg@gjatradelaw.com
  Bar number 07990300

  James G. Hurst
  Givens & Johnston, PLLC
  950 Echo Lane, Suite 360
  Houston, Texas 77024
  Office:  713 932 1540
  Mobile: 713 253 1679
  Email: jh@gjatradelaw.com
  Bar number 24032449

  Philip T. Cowen
  Law Office of Philip Cowen
  500 E Levy Street
  Brownsville, Texas 78520
  Office: 956 541 6031
  Mobile: 956 203 6886
  Email: ptchb@att.net
  Bar number 24001933

Respectfully submitted,

/s/ JamesHurst_____  _____
James Hurst
Bar number 24032449
/s/ Robert T. Givens_____
Robert T. Givens
Bar number 07990300
/s/ Philip T. Cowen_____
Philip T. Cowen
Bar number 24001933

Attorneys for Jose Francisco Guerra

## Certificate of Service

    I certify that a true and complete copy of the Notice of Appearance was served on February 14, 2020 via email

    Michael Mitchell
    Assistant U.S. Attorney
    1701 W Highway 83, Suite 600
    McAllen, Texas 78501
    Michael.mitchell4@usdoj.gov

    Respectfully submitted,

     /s/ James Hurst_____
    James Hurst

    Attorney for Jose Francisco Guerra