UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| United States of America | § <br> § |
| versus | § Case No. 7:20-mj-00426 <br> § |
| Jose Francisco Guerra | § |

AMENDED NOTICE OF APPEARANCE

To the clerk of court and all parties of record, Philip T. Cowen, one of the attorneys for Defendant Joe Francisco Guerra hereby files this amended notice of appearance in the above referenced case. This amendment is being made for purposes of informing the court and the Clerk's Office that local counsel is as noted below, along with Co-Counsel. Additionally, the Clerk's office set up only the Hon. James G. Hurst as a notify party, leaving lead and co-counsel out of the parties to receive notices through PACER. Lead Counsel will make all appearances, as required. Co-counsel will make appearances when and if required to make a personal appearance by the court. Counsel respectfully ask the clerk to add Philip T. Cowen, and the Hon. Robert Givens, as notify parties and to set both as parties who will receive email notifications through PACER.

Philip T. Cowen                                                          Lead and Local Counsel
Law Office of Philip Cowen
500 E Levy Street
Brownsville, Texas 78520
Office: 956 541 6031
Mobile: 956 203 6886
Email: ptchb@att.net
Bar number 24001933

Robert T. Givens                                                         Co-Counsel
Givens & Johnston, PLLC
950 Echo Lane, Suite 360
Houston, Texas 77024
Office: 713 932 1540
Mobile: 713 256 3038
Email: rtg@gjatradelaw.com
Bar number 07990300

James G. Hurst                                                           Alternate Co-Counsel
Givens & Johnston, PLLC
950 Echo Lane, Suite 360

Houston, Texas 77024
Office: 713 932 1540
Mobile: 713 253 1679
Email: jh@gjatradelaw.com
Bar number 24032449

        Respectfully submitted by,

        /s/ Philip T. Cowen
        Philip T. Cowen
        Bar number 24001933
        Attorneys for Jose Francisco Guerra

Approved by: _____  _2-15-20_
              Jose Francisco Guerra     Date