UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Vs. | § § | Case No. 7:20-mj-00426 |
| JOSE FRANCISCO GUERRA | § | |

## DEFENDANT'S MOTION TO WAIVE PRELIMINARY EXAMINATION

Defendant, JOSE FRANCISCO GUERRA, hereby moves that the court waive the preliminary examination scheduled for February 19, 2020 at 11:00 am. The hearing is no longer necessary because Defendant has waived preliminary examination. Attached is the a copy of Defendant's waiver. Defendants counsel has consulted with the Plaintiff on this matter today.

/s/ James Garland Hurst_____
James Garland Hurst
Attorney for Jose Guerra

DATE: Feb. 18, 2020

## Certificate of Service

I, James Garland Hurst, hereby certify that I have served the above styled motion to waive preliminary examination on February 18, 2020, by ECF and email.

    /s/ James Garland Hurst
James Garland Hurst

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Vs. | § § | Case No. 7:20-mj-00426 |
| JOSE FRANCISCO GUERRA | § | |

### ORDER TO WAIVE PRELIMINARY EXAMINATION

The Court having reviewed Defendant's Motion to Waive Preliminary Examination hereby waives the Preliminary Examination.

_____
Judge Presiding

McAllen, Texas
February __, 2020