## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF PRELIMINARY** |
| VS | § | **EXAMINATION** |
| | § | **(Rule 5, Fed.R.Crim.P.)** |
| | § | |
| JOSE FRANCISCO GUERRA | § | Case No. Case No. 7:20-mj-00426 |

I, **JOSE FRANCISCO GUERRA**, charged in a **complaint** pending in this District with various export violations relating to the shipment of cigarettes in violation of 18 USC 554 (f), 18 USC 2342 (f) and 21 USC 331(E), (F) and having appeared before this Court and been advised of my rights as required by Rule 5, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination.

_____
Defendant

_____
Counsel for Defendant

DATE: Feb. 15, 2020