United States District Court
Southern District of Texas
**ENTERED**
February 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | MAG. NO. M-20-00426-M-01 |
| | § | |
| JOSE FRANCISCO GUERRA | § § | |

## ORDER

The Court having considered the Waiver of Preliminary Hearing of the Defendant, JOSE FRANCISCO GUERRA, pursuant to Fed. R. Crim. P. Rule 5.1(a)(1) and set forth in Docket Entry No. 10-1, in the above styled and numbered cause, is of the opinion that the waiver is voluntary and hereby cancels the Preliminary Hearing set for set for February 19, 2020 at 11:00 a.m. The Court further finds that there is probable cause to believe that a crime has been committed based on the allegations as set forth in the Criminal Complaint and the Defendant is the individual who committed said crime.

**DONE** this the on 18th day of February, 2020 at McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge